**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SAWYERS and CHRISTINE SAWYERS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DYNAMIC RECOVERY SERVICES, INC.,<br><br>　　　　Defendant. | CASE NO. 2:11-CV-04096-VBF-OP<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

　　　Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

　　　IT IS SO ORDERED.

DATED: <u>November 18, 2011</u>

_____
UNITED STATES DISTRICT JUDGE